990 So.2d 1067 (2008)
SUTTON
v.
STATE.
STANG
v.
STATE.
WATSON
v.
STATE.
BENENATE
v.
STATE.
FINDLEY
v.
STATE.
ALBRIGHT
v.
STATE.
GREEN
v.
STATE.
MITCHELL
v.
STATE
KYPKE
v.
STATE.
KOONCE
v.
STATE.
HARRIS
v.
STATE.
Nos. 1D05-5922, 1D05-5923, 1D05-5924, 1D05-5925, 1D05-5927, 1D05-5930, 1D05-5931, 1D05-5938, 1D05-5945, 1D05-5947, 1D05-5948, 1D06-3062.
District Court of Appeal of Florida, First District.
October 10, 02008.
Decision without published opinion. Cert. denied.